UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------
ANDREW J. CHAPPELL,

                      Plaintiff,

v.                                      **ORDER**

CITY OF PEEKSKILL,                      18-cv-05901 (PMH)

                      Defendants.
---------------------------------------------------------

PHILIP M. HALPERN, United States District Judge:

      This matter has recently been reassigned to me. As there has been no activity on this docket since October 15, 2018, the parties are directed to confer and submit a joint letter to the Court via ECF concerning the status of this action by May 4, 2020.

Dated: New York, New York                    SO ORDERED:
          April 20, 2020

                                                          _____
                                                          Philip M. Halpern
                                                          United States District Judge