UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------
ANDREW J. CHAPPELL,

                          Plaintiff,

v.                                                                                **ORDER**

CITY OF PEEKSKILL,                                        18-CV-05901 (PMH)

                          Defendant.
---------------------------------------------------------

PHILIP M. HALPERN, United States District Judge:

      On April 20, 2020, this Court issued an Order directing the parties to file a joint letter providing a status update by May 4, 2020. (Doc. 11). No such letter has been docketed to date. Accordingly, the parties are directed to file a joint letter concerning the status of this action by August 7, 2020. Plaintiff is advised that failure to prosecute this action may result in dismissal.

      The Clerk is respectfully directed to mail a copy of this Order to Plaintiff.

Dated: New York, New York                 **SO ORDERED:**
        August 3, 2020

                                                                   _____
                                                                   Philip M. Halpern
                                                                   United States District Judge